IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

CAMILA JOCABED SISO GONZALEZ,    *

              Petitioner,    *

v.                            Case No.  4:26-cv-45 (CDL)

                                *

Warden JASON STREEVAL, *et al*.,

                                *

             Respondents.

                                *

## **J U D G M E N T**

Pursuant to this Court's Order dated June 24th, 2026 and for the reasons stated therein, JUDGMENT is hereby entered dismissing this action.

This 24th day of June 2026.

                           David W. Bunt, Clerk

                           s/ Timothy L. Frost, Deputy Clerk